IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TYREE R. WEBB and
WAYNE CROCKARELL,

Plaintiff,

v.

TECO BARGE LINE, INC.,

Defendant.                                              No. 07-514-DRH

## ORDER

**HERNDON, Chief Judge:**

This matter comes before the Court for case management purposes, in particular to remind Teco Barge Line, Inc. of its obligation to comply with the requirements of **FEDERAL RULE OF CIVIL PROCEDURE 7.1** by filing a corporate disclosure statement. Thus, the Court **ORDERS** Defendant Teco Barge Line, Inc. to file its disclosure statement within ten (10) days from the date of issuance of this Order.

**IT IS SO ORDERED**.

Signed this 19th day of March, 2011.

David R. Herndon
2011.03.19
16:49:24 -05'00'

**Chief Judge**
**United States District Court**