IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TYREE R. WEBB,

    **Plaintiff,**

-vs-

TECO BARGE LINE, INC.,

    **Defendant.**                         No. 07-CV-514-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court on a bench trial that was completed on September 13, 2011.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on March 7, 2012, judgment is entered in favor of the plaintiff, **TYREE R. WEBB**, and against the defendant, **TECO BARGE LINE, INC.,** in the amount of **$4,293,271.56** (see Order for specifics).

**IT IS FURTHER HEREBY ORDERED AND ADJUDGED** that pursuant to the settlement reached between **Nelda Crockarell, Individually and as Personal Representative of Wayne Crockarell, Deceased**, and defendant, **TECO BARGE LINE, INC.,** on or about October 4, 2011, the Crockarell claims are **DISMISSED** with prejudice.   This entire case is now **DISMISSED** with prejudice.

                                        NANCY J. ROSENSTENGEL,
                                        **CLERK OF COURT**


                              BY:       /s/*Sandy Pannier*
                                         **Deputy Clerk**

Dated: March 7, 2012

David R. Herndon
2012.03.07
15:35:27 -06'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT